WILLIAM E. LEWIS, Appellant, v. BENJAMIN ADRIANCE and Others, Respondents.—Judgment affirmed, with costs, upon the opinion of Crouch, J., delivered at Special Term. (Reported in 100 Misc. Rep. 725.) All concurred; De Angelis, J., not sitting.

DEXTER SULPHITE PULP AND PAPER COMPANY, Respondent, v. THE JEFFERSON POWER COMPANY and Others, Appellants.— Order affirmed, with costs. All concurred.

In the Matter of the Probate of the Last Will and Testament of THOMAS F. SMITH, Deceased. MAY BATTIN and Others, Appellants; ROSIE A. SANDS, as Executrix, etc., and Others, Respondents.— Decree and order affirmed, with costs. All concurred.

In the Matter of the Appraisal of the Estate of MORTON W. RUNDEL, Deceased, under the Acts in Relation to Taxable Transfers of Property. THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; ELIZABETH A. HOLMES and Another, Respondents.— Order reversed, and the first order of the surrogate confirming the appraiser's report reinstated, with costs to appellant. Held, we are of opinion that, on the evidence, the surrogate erred in holding that the gifts in question were not made by the decedent in contemplation of his death. The weight of the evidence is, we think, to the effect that they were so made, and that they are subject to the transfer tax prescribed by subdivision 4 of section 220 of the Tax Law.* All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOWARD ZIMMERMAN, Appellant.— Judgment of conviction and order affirmed. All concurred.